Performance Plus Med., P.C. v MVAIC (2022 NY Slip Op 50592(U))

[*1]

Performance Plus Med., P.C. v MVAIC

2022 NY Slip Op 50592(U) [75 Misc 3d 140(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2021-72 K C

Performance Plus Medical, P.C., as
Assignee of Elkayam, Eliyohu, Respondent, 
against
MVAIC, Appellant. 

Marshall & Marshall, PLLC (Frank D'Esposito of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E.
Roper, J.), dated January 4, 2020. The order denied defendant's motion for summary judgment
dismissing the complaint and granted plaintiff's cross motion for summary judgment.

ORDERED that the order is reversed, with $30 costs, defendant's motion for summary
judgment dismissing the complaint is granted and plaintiff's cross motion for summary judgment
is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor
Vehicle Accident Indemnification Corporation (sued herein as MVAIC) moved for summary
judgment dismissing the complaint on the ground, among others, that the action had been
commenced after the statute of limitations had expired, and plaintiff cross-moved for summary
judgment. By order dated January 4, 2020, the Civil Court denied MVAIC's motion and granted
plaintiff's cross motion.
MVAIC's motion papers established, prima facie, that the action had been commenced after
the expiration of the three-year statute of limitations (see Kings Highway Diagnostic Imaging, P.C. v MVAIC, 19 Misc 3d
69 [App Term, 2d Dept, 2d & 11th Jud Dists 2008]; see also 6D Farm Corp. v Carr, 63 AD3d 903 [2009]; Island ADC, Inc. v Baldassano
Architectural Group, P.C., 49 AD3d 815 [2008]). In opposition, plaintiff failed to raise
an issue of fact as to the action's timeliness (see Precision Radiology Servs., P.C. v MVAIC, 34 Misc 3d
126[A], 2011 NY Slip Op 52274[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2011]). In light of the foregoing, we reach no other issue.
Accordingly, the order is reversed, defendant's motion for summary judgment dismissing the
complaint is granted and plaintiff's cross motion for summary judgment is denied.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022